07/29/2005  12:23    6263514808                    KRALIK ASSOCIATES                          PAGE  02

1  JOHN J. KRALIK IV (SBN 91206)
   **KRALIK & ASSOCIATES**
2  650 North Sierra Madre Villa Avenue, Suite 302
   Pasadena, California 91107
3  Telephone: (626) 351-4800
   Telecopy:  (626) 351-4808
4
   Attorneys for Defendant/Counter-Claimant
5  INDYMAC BANK, F.S.B.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL GAREDAKIS, TAMARA           ) Case No.: C04-02687 BZ
12  GAREDAKIS,                          )
                                        ) **STIPULATION TO DISMISS ENTIRE**
13           Plaintiffs,                ) **ACTION**
                                        )
14       vs.                            )
                                        )
15                                      )
    INDYMAC BANK F.S.B., MLA DBA        )
16  MONEYLINE AMERICA, AMERICAN         )
17  TITLE COMPANY AND DOES 1-10,        )
                                        )
18           Defendants.                )
                                        )
19  _____)
                                        )
20  INDYMAC BANK, F.S.B.,               )
                                        )
21           Counter-Claimant,          )
                                        )
22       vs.                            )
                                        )
23                                      )
    MICHAEL GAREDAKIS; TAMARA           )
24  GAREDAKIS; MONEY LINE AMERICA;      )
25  TICOR TITLE COMPANY OF              )
    CALIFORNIA aka AMERICAN TITLE       )
26  COMPANY; and ROES 1-50, inclusive,  )
                                        )
27           Counter-Defendants.        )
28

-1-

STIPULATION TO DISMISS ENTIRE ACTION                              Case No. C04-02687 BZ

1  TO THE HONORABLE BERNARD ZIMMERMAN:

2  The parties to this action, namely, Plaintiffs MICHAEL GAREDAKIS and TAMARA GAREDAKIS (collectively "Plaintiffs"), and Defendants INDYMAC BANK, F.S.B., EM-EL-AY, INC. fka MLA, INC., and TICOR TITLE COMPANY fka AMERICAN TITLE COMPANY (collectively "Defendants") (collectively, "the Parties"), by and through their attorneys of record herein, hereby stipulate as follows:

## RECITALS

**WHEREAS**, Plaintiffs filed this action on July 6, 2004, and all parties named therein have been served with the Complaint and responded thereto;

**WHEREAS**, IndyMac filed its Counter- and Cross-Claims on November 9, 2004, and all parties named therein have been served with the Counter- and Cross-Claims and responded thereto;

**WHEREAS**, the Parties participated in a Settlement Conference concerning all issues raised in the Complaint and Counter- and Cross-Claims, respectively, on June 9, 2005; and

**WHEREAS**, the Parties have agreed to resolve this action in its entirety, including all claims set forth in the Complaint and Counter- and Cross-Claims, respectively, upon the terms and conditions set forth in that certain settlement agreement entered into between them in open Court on June 9, 2005.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that this action be dismissed in its entirety, with prejudice, including Plaintiffs' Complaint and IndyMac's Counter- and Cross-Claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED, that this Stipulation may be signed in counterparts and by facsimile.

///

-2-

STIPULATION TO DISMISS ENTIRE ACTION                     Case No. C04-02687 BZ

1  IT IS SO STIPULATED.

2

3  Dated: _____              By: _____
                                          Marc Voisenat
4                                         Attorneys for Plaintiffs
                                          MICHAEL GAREDAKIS and
5                                         TAMARA GAREDAKIS

6

7  Dated: July 29, 2005              KRALIK & ASSOCIATES

8

9                                    By: _____
                                          John J. Kralik IV
10                                        Attorneys for Defendant/Cross-Claimant
                                          INDYMAC BANK, F.S.B.
11

12

13

14  Dated: _____             By: _____
                                          Scott Noble
15                                        Attorneys for Defendant
                                          TICOR TITLE COMPANY fka
16                                        AMERICAN TITLE COMPANY

17

18

19  Dated: July 29, 2005             By: _____
                                          Raymond N. Stella Erlach
20                                        Attorneys for Defendant
                                          EM-EL-AY, INC. fka MLA, INC.
21

22

23

24

25

26

27

28

-3-

STIPULATION TO DISMISS ENTIRE ACTION                     Case No. C04-02687 BZ

|    |                                   |                                               |
|----|-----------------------------------|-----------------------------------------------|
| 1  | IT IS SO STIPULATED.              |                                               |
| 2  |                                   |                                               |
| 3  | Dated: _____            | By: _____           |
| 4  |                                   | Marc Voisenat                                 |
| 5  |                                   | Attorneys for Plaintiffs                      |
|    |                                   | MICHAEL GAREDAKIS and                         |
|    |                                   | TAMARA GAREDAKIS                              |
| 6  |                                   |                                               |
| 7  | Dated: July 29, 2005              | KRALIK & ASSOCIATES                           |
| 8  |                                   |                                               |
| 9  |                                   | By: _____           |
| 10 |                                   | John J. Kralik IV                             |
|    |                                   | Attorneys for Defendant/Cross-Claimant        |
| 11 |                                   | INDYMAC BANK, F.S.B.                          |
| 12 |                                   |                                               |
| 13 |                                   |                                               |
| 14 | Dated: July 29, 2005              | By: _____           |
| 15 |                                   | Scott Noble                                   |
|    |                                   | Attorneys for Defendant                       |
| 16 |                                   | TICOR TITLE COMPANY fka                       |
| 17 |                                   | AMERICAN TITLE COMPANY                        |
| 18 |                                   |                                               |
| 19 |                                   |                                               |
| 20 | Dated: _____            | By: _____           |
|    |                                   | Raymond N. Stella Erlach                      |
| 21 |                                   | Attorneys for Defendant                       |
|    |                                   | EM-EL-AY, INC. fka MLA, INC.                  |
| 22 |                                   |                                               |

-3-

STIPULATION TO DISMISS ENTIRE ACTION          Case No. C04-02687 BZ

IT IS SO STIPULATED.

Dated: 7/29/05        By: /s/ Marc Voisenat
                          Marc Voisenat
                          Attorneys for Plaintiffs
                          MICHAEL GAREDAKIS and
                          TAMARA GAREDAKIS

Dated: July 29, 2005      KRALIK & ASSOCIATES

                          By: /s/ John J. Kralik IV
                              John J. Kralik IV
                              Attorneys for Defendant/Cross-Claimant
                              INDYMAC BANK, F.S.B.

Dated: _____        By: _____
                              Scott Noble
                              Attorneys for Defendant
                              TICOR TITLE COMPANY fka
                              AMERICAN TITLE COMPANY

Dated: _____        By: _____
                              Raymond N. Stella Erlach
                              Attorneys for Defendant
                              EM-EL-AY, INC. fka MLA, INC.

8/1/2005

THE CLERK
SHALL CLOSE
THE FILE.

IT IS SO ORDERED
/s/ Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIPULATION TO DISMISS ENTIRE ACTION          Case No. C04-02687 BZ